

**ORDERED in the Southern District of Florida on March 20, 2026.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

**MARY JACKSON EDWARDS**
*aka* **MARY JACKSON-EDWARDS**
*aka* **MARY E. JACKSON-EDWARDS**

Debtor(s).

Chapter **13**

Case No. **25-15057-PDR**

### ORDER GRANTING MOTION FOR RELIEF FROM STAY REGARDING REAL PROPERTY

THIS CAUSE came on for consideration without a hearing on the *Motion for Relief from Stay* (Doc. No. 47) filed by U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE

LOAN TRUST 2019-RP1and the movant by submitting this form of order having represented that the motion was served on all parties required by Local Rule 4001-1, that the 14-day response time provided by that rule has expired, that no one has filed, or served on the movant, a response to the motion. Accordingly, it is:.

     **ORDERED** as follows:

1.     Movant's *Motion for Relief from Stay* is **GRANTED.**

2.     The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated as to the Movant's interest in the following real property:

**LOT 7, BLOCK 14, OF LIBERIA, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLATBOOK 1, PAGE 34, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.** (Property).

3.     The relief granted here permits the Movant to seek and obtain *in rem* relief against the Property only and does not permit the Movant to seek or obtain *in personam* relief against the Debtor(s).

4.     The 14-day stay described by Bankruptcy Rule 4001(a)(3) is hereby waived.

###

**Prepared and Submitted By:**
**Amy M. Kiser, Esq.**
**Florida Bar# 46196**
**Rubin Lublin LLC**
**2313 W. Violet St.**
**Tampa, FL 333603**
flbankruptcy@rlselaw.com
**(813) 656-8801**

Copies furnished to:  Amy M Kiser, Movants attorney, who shall serve a copy of the Order on all interested parties and file a certificate of service thereon