United States Bankruptcy Court

Southern District of Florida

In re:

Mary Jackson Edwards

    Debtor

Case No. 25-15057-PDR

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf001 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jackson Edwards, 2327 Freedom St, Hollywood, FL 33020-1431 |
| md | + | Stacy Bressler, 2448 Flamingo Ln, Fort Lauderdale, FL 33312-4756 |
| cr | + | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, C/O Rubin Lublin, LLC, 2313 W. Violet Street, Tampa, FL 33603, UNITED STATES 33603-1421 |
| 98020598 | + | PriorityOne Credit Union of Florida, c/o Grayson Law Group, 25 SE 2nd Avenue Suite 710, Miami, FL 33131-1602 |
| 97970050 | + | U.S BANK TRUST NATIONAL ASSOCIATION - Gilbert, 2313 W Violet St, Tampa, FL 33603-1421 |
| 97978625 | + | WLCC Lending Fair Trust Group, PO Box 70, Solon, IA 52333-0070 |
| 97970037 | + | c/o Gilbert Garcia Group P.A., 2313 W. Violet St., Tampa, FL 33603-1422 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: kpierrelouis@browardtax.org | Jun 04 2026 22:47:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Jun 05 2026 02:42:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Jun 04 2026 22:47:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jun 04 2026 22:48:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: AISACG.COM | Jun 05 2026 02:42:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 97970035 | + | EDI: WFNNB.COM | Jun 05 2026 02:42:00 | ADS/COMENITY/WOMNWTHN, P.O. Box 182789, Columbus, OH 43218-2789 |
| 97970034 | + | EDI: WFNNB.COM | Jun 05 2026 02:42:00 | Ads/Comenity/LNBRYANT, PO Box 182789, Columbus, OH 43218-2789 |
| 97970039 | + | EDI: WFNNB.COM | Jun 05 2026 02:42:00 | COMENITY BANK/ROAMANS, PO Box 182789, Columbus, OH 43218-2789 |
| 98123048 | + | EDI: AISACG.COM | Jun 05 2026 02:42:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 97970038 | + | EDI: CAPONEAUTO.COM | Jun 05 2026 02:42:00 | Capital One Auto Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 97970040 | + | EDI: CCS.COM | Jun 05 2026 02:42:00 | Credit Collection Services, 725 Canton St., Norwood, MA 02062-2679 |
| 97970041 | + | EDI: DISCOVER | Jun 05 2026 02:42:00 | Discover Bank, P.O. Box 30939, Salt Lake City, UT 84130-0939 |
| 97970036 | | Email/Text: ECF@fayservicing.com | | |

District/off: 113C-0 | User: admin | Page 2 of 3
Date Rcvd: Jun 04, 2026 | Form ID: pdf001 | Total Noticed: 31

| | | | | |
|---|---|---|---|---|
| | | Jun 04 2026 22:48:00 | c/o Fay Servicing, 1601 LBJ Freeway, Suite 150, Dallas, TX 75234 |
| 97970042 | + | EDI: LCIICSYSTEM | | |
| | | | Jun 05 2026 02:42:00 | I. C. System, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 97970043 | + | EDI: IRS.COM | | |
| | | | Jun 05 2026 02:42:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 97973248 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 04 2026 22:57:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 97970044 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 04 2026 22:48:00 | Midland Credit Management, 320 East Big Beaver Rd, Ste 300, Troy, MI 48083-1271 |
| 98078252 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 04 2026 22:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 97970045 | + | Email/Text: opportunitynotices@gmail.com | | |
| | | | Jun 04 2026 22:49:00 | Opploans/Finwise, 130 E Randolph St, Ste 3400, Chicago, IL 60601-6379 |
| 97970046 | + | Email/Text: collections@priorityonefl.org | | |
| | | | Jun 04 2026 22:47:00 | Priority One Credit Union FL, 3000 N University Dr., Sunrise, FL 33322-1611 |
| 97970047 | ^ | MEBN | | |
| | | | Jun 04 2026 22:45:31 | Receivable Management Services, 7350 Tilghman St., Allentown, PA 18106-9012 |
| 97970048 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 04 2026 22:57:42 | Resurgent/LVNV Funding, P.O. Box 1269, Greenville, SC 29602-1269 |
| 97970049 | + | Email/Text: bankruptcy@wofco.com | | |
| | | | Jun 04 2026 22:47:00 | SEToyotaFIN DBA OF WOFC, P.O. Box 91614, Mobile, AL 36691-1614 |
| 98017516 | | Email/Text: bankruptcy@springoakscapital.com | | |
| | | | Jun 04 2026 22:47:00 | Spring Oaks Capital SPV, LLC, PO BOX 1216, CHESAPEAKE, VA 23327-1216 |
| 97970051 | + | EDI: USBANKARS.COM | | |
| | | | Jun 05 2026 02:42:00 | US Bank Trust National Association, 425 Walnut Street, Cincinnati, OH 45202-3989 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

**Name** | **Email Address**

Amy M Kiser

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT

District/off: 113C-0        User: admin        Page 3 of 3

Date Rcvd: Jun 04, 2026        Form ID: pdf001        Total Noticed: 31

SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-RP1 FLBankruptcy@rlselaw.com

Christopher Giacinto

on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE OF CITIGROUP MORTGAGE LOAN TRUST 2019-RP1 Chris.Giacinto@padgettlawgroup.com, bkecf@Padgettlawgroup.com;chris.giacinto@ecf.courtdrive.com

Kenneth E Walton, II

on behalf of Debtor Mary Jackson Edwards kenneth@dsouzalegal.com service@dsouzalegal.com;johnson@dsouzalegal.com;kenneth.dsouzalegal.com@recap.email;3079219420@filings.docketbird.com

Office of the US Trustee

USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner

auto-forward-ecf@ch13weiner.com

Stacy Bressler, Esq.

on behalf of Mediator Stacy Bressler sbressler@aol.com


TOTAL: 6

**ORDERED in the Southern District of Florida on June 3, 2026.**



**Craig A. Pugatch, Judge**
**United States Bankruptcy Court**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.:  25-15057-BKC-CAP**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

MARY JACKSON EDWARDS
XXX-XX-0886

DEBTOR_____/

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS

    **THIS CAUSE** came to be heard on the June 1, 2026 Consent Calendar without opposition on Robin R. Weiner, Standing Chapter 13 Trustee's ("Trustee") Motion to Dismiss ("Motion"), and based on the record, it is

    **ORDERED:**

1. The Trustee's Motion is **GRANTED**.

2. This case is dismissed without prejudice.

3. Any funds remaining in the possession of the Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding.  The Trustee is authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement.  If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor, the Debtor shall forthwith pay directly to the Clerk of the U.S. Bankruptcy Court any amount due and owing on said filing fees or other costs, as required by Local Rule 1017-2(E).

4. The Clerk of Court is directed to refuse to accept for filing any future voluntary petitions submitted by the Debtor if the refiling violates a prior order of the Court or if the petition is accompanied by an Application to Pay Filing Fees and Administrative Fees in Installments and filing fees remain due from any previous case filed by the Debtor.

5. All pending motions are denied as moot.

### 

**ORDER SUBMITTED BY:**

ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
954-382-2001

**COPIES FURNISHED TO:**

**DEBTOR**
MARY JACKSON EDWARDS
2327 FREEDOM ST
HOLLYWOOD, FL  33020

**ATTORNEY FOR DEBTOR**
KENNETH E. WALTON, ESQUIRE
DSOUZA & WALTON LAW GROUP, PA
950 S PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL  33324

**ROBIN R. WEINER** IS DIRECTED TO SERVE COPIES OF THIS ORDER UPON THE PARTIES LISTED AND FILE A CERTIFICATE OF SERVICE.